UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,
Plaintiff–Appellee,

v.

Francis WILDE; et al., Defendants,

and

Mark A. Gelazela, Defendant–
Appellant.

United States Securities and Exchange
Commission, Plaintiff–Appellee,

v.

Francis Wilde; et al., Defendants–
Appellants

and

Steven E. Woods; et al., Defendants.

No. 13–55043, No. 13–55295

United States Court of Appeals,
Ninth Circuit.

Submitted September 26, 2016 *

Filed October 03, 2016

David Lisitza, Senior Litigation Counsel,
Paul Gerard Alvarez, Securities & Ex-
change Commission, Washington, DC.

Mark Alan Gelazela, Marina Del Rey,
CA, Pro Se.

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by Ninth Circuit Rule 36–3.

Before: D.W. NELSON, GRABER, and
WATFORD, Circuit Judges.

MEMORANDUM **

Defendants appeal the district court's
order granting summary judgment on the
Securities and Exchange Commission's se-
curities fraud claims. We affirm the dis-
trict court's order because defendants have
failed to demonstrate a genuine dispute as
to any material fact in this case. We also
find that the district court acted within its
discretion by ordering disgorgement of the
ill-gotten gains.

**AFFIRMED.**